[Nos. 8777–4–II; 8938–6–II.   Division Two.   June 2, 1987.]

ASSOCIATED PETROLEUM PRODUCTS, INC., *Respondent, v.*
DIANE LUBKING, *Individually and as Executrix,*
ET AL, *Appellants.*

DIANE LUBKING, *Individually and as Executrix,* ET AL,
*Appellants,* v. KNIGHT, VALE & GREGORY,
ET AL, *Respondents.*

Appeals from a judgment of the Superior Court for Pierce County, No. 83–2–01855–8, Thomas A. Swayze, Jr.,

J., entered May 10 and June 12, 1985. *Affirmed as modified* by unpublished opinion per Worswick, J., concurred in by Reed, C.J., and Petrich, J.